UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES S. POWELL, II, CRAIG PERRY, TIFFANY RUSZENAS, EVONNE HENDERSON, KEVIN WRIGHT, ERIC KRUSH, TROY POPIELARZ, JONATHAN BENNETT, LARRY BENSEL, KEVIN FENSTERMAKER individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant. | Case No.: 4:25-cv-10479-SDK-KGA |

## **STATUS REPORT**

**TO THE HONORABLE COURT**:

    Pursuant to the Court's case management procedures and in the interest of judicial efficiency, Plaintiffs' counsel respectfully submit this Status Conference Report to inform the Court of related pending actions involving the same Engine Defect issues as the above-entitled action. In actions pending outside of this district, the defendant and many of the plaintiffs in these other cases intend to seek transfer of those cases pursuant to 28 U.S.C §1404 to this Court for consolidation or coordination

1

with the above-entitle action, as the first-filed action. Plaintiffs hereby submit this statement to inform the Court of these developments.

## I. RELATED PENDING ACTIONS

Following the filing of the above-entitled action, which was filed on February 18, 2025, counsel are aware of the following currently pending related federal actions arising out of the same alleged facts concerning the Engine Defect in GM's 6.2-liter V-8 L87 engines:

1. *Hernandez v. Gen. Motors LLC*, No. 2:25-cv-00085-RWS (N.D. Ga. Apr. 3, 2025)

2. *McNamara v. Gen. Motors LLC*, No. 2:25-cv-02410-PD (E.D. Pa. May 12, 2025)

3. *Houchin v. Gen. Motors LLC*, No. 2:25-cv-11462-RJW-APP (E.D. Mich. May 16, 2025)

4. *Rittereiser v. Gen. Motors LLC*, No. 4:25-cv-11481-FKB-KGA (E.D. Mich. May 19, 2025)

5. *Wrice-Scott v. Gen. Motors LLC*, No. 2:25-cv-02623-PD (E.D. Pa. May 21, 2025)

6. *Muhammad v. Gen. Motors LLC*, No. 2:25-cv-02655-PD (E.D. Pa. May 23, 2025)

## II. POTENTIAL TRANSFERS

Plaintiffs' counsel have been informed that many of the above-listed actions other related actions may be filed in this court or filed elsewhere and transferred.

## III. CONCLUSION

Counsel are available to provide more information about the related pending actions upon the Court's request.

Date: May 30, 2025  Respectfully submitted,

By: /s/ Mike Arias
Mike Arias
M. Anthony Jenkins
**ARIAS SANGUINETTI WANG & TEAM LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA
T: (310) 844-9696
F: (310) 861-0168
mike@aswtlawyers.com
anthony@aswtlawyers.com

Nicholas A. Coulson (P78001)
Julia G. Prescott
**COULSON P.C.**
300 River Place Drive, Suite 1700
Detroit, Michigan 48207
T: (313) 645-0045
E: nick@coulsonpc.com

E: jprescott@coulsonpc.com


Kevin P. Green
Daniel S. Levy
**GOLDENBERG HELLER
& ANTOGNOLI, P.C.**
2227 South State Route 157
Edwardsville, IL 62025
618-656-5150
kevin@ghalaw.com
daniel@ghalaw.com


Christopher J. Petri
**BYRON CARLSON PETRI & KALB, LLC**
411 Saint Louis Street
Edwardsville , Illinois 62025
Telephone: (618) 655-0600
Facsimile: (618) 655-4004
cjp@bcpklaw.com


*Attorneys for Plaintiffs*