**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| JAMES S. POWELL, II, CRAIG PERRY, TIFFANY RUSZENAS, EVONNE HENDERSON, KEVIN WRIGHT, ERIC KRUSH, TROY POPIELARZ, JONATHAN BENNETT, LARRY BENSEL, KEVIN FENSTERMAKER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant. | Case No.: 4:25-cv-10479-SDK-KGA |

### JOINT STIPULATION AND ORDER TO STAY ALL DEADLINES PENDING TRANSFER AND CONSOLIDATION OF RELATED CASES

Plaintiffs James S. Powell, II, Craig Perry, Tiffany Ruszenas, Evonne Henderson, Kevin Wright, Eric Krush, Troy Popielarz, Jonathan Bennett, Larry Bensel, and Kevin Fenstermaker (together, "Plaintiffs"), and General Motors LLC ("GM") hereby agree to stipulate to the following:

1. This case, originally filed on February 18, 2025, alleges defects in certain GM vehicles equipped with the 6.2-liter "L87" V8 engine ("Class Vehicles").

2. Thereafter, nine other putative class actions were filed alleging similar factual allegations and assert overlapping legal claims concerning the same alleged defect in L87 engine in the Class Vehicles. These actions are:

    a. *Ramirez Hernandez v. Gen. Motors LLC*, 4:25-cv-11797 (E.D. Mich.) (filed in N.D. Ga. on April 3, 2025);

    b. *Hecht v. Gen. Motors, LLC*, 2:25-cv-11793 (E.D. Mich.) (filed in N.D. Ohio on May 9, 2025);

    c. *McNamara v. Gen. Motors LLC*, 2:25-cv-11811 (E.D. Mich.) (filed in E.D. Pa. on May 12, 2025);

    d. *Houchin v. Gen. Motors LLC*, 2:25-cv-11462 (E.D. Mich.) (filed on May 16, 2025);

    e. *Rittereiser v. Gen. Motors, LLC*, 4:25-cv-11481 (E.D. Mich.) (filed on May 19, 2025);

    f. *Wrice-Scott v. Gen. Motors, LLC*, 4:25-cv-11815 (E.D. Mich.) (filed in E.D. Pa. on May 21, 2025);

    g. *Muhammad v. Gen. Motors, LLC*, 4:25-cv-11816 (E.D. Mich.) (filed in E.D. Pa. on May 23, 2025);

    h. *Rahaman v. Gen. Motors, LLC*, 2:25-cv-03032 (E.D. Pa.) (filed on June 13, 2025); and

    i. *Markus v. Gen. Motors LLC*, 4:25-cv-11821 (E.D. Mich.) (filed on June 18, 2025).

3.    The *Rittereiser*, *Houchin*, and *Markus* cases originally filed in this District were randomly assigned to different judges. Consistent with the Court's local rules, the parties in those cases have filed joint notices notifying those judges that these cases are companion cases of the first-filed *Powell* action and requesting re-assignment to this Court pursuant to Local Rule 83.11(b)(7). *Rittereiser* was reassigned on June 4, 2025.[1]

---

[1] *Rittereiser v. Gen. Motors LLC*, 4:25-cv-11481 (E.D. Mich.), ECF No. 10 (Order Reassigning Case).

The parties' joint request for reassignment has been pending in *Houchin* since May 29, 2025.[2] The parties filed their joint request for assignment in *Markus* on June 23, 2025.[3]

4.    The *McNamara*, *Wrice-Scott*, *Muhammad*, *Ramirez Hernandez*, *Hecht*, and *Rahaman* cases were originally filed in courts outside of this District. Plaintiffs in each of those cases agreed to transfer their cases to the Eastern District of Michigan pursuant to 28 U.S.C. § 1404(a) for consolidation with this case. The original district courts in those cases granted the respective motions to transfer.[4] Where incoming transferred cases were not assigned or *sua sponte* reassigned to this Court, the parties have filed joint notices requesting reassignment to this Court.[5] To date, *Wrice-Scott*, *Muhammad*, and *Ramirez-Hernandez* have all been reassigned.[6]

---

[2] *Houchin v. Gen. Motors LLC*, 2:25-cv-11462 (E.D. Mich.), ECF No. 18 (Joint Notice of Companion Case and Request for Reassignment).
[3] *Markus v. Gen. Motors LLC*, 4:25-cv-11821 (E.D. Mich.), ECF No. 10 (Joint Notice of Companion Case and Request for Reassignment).
[4] *McNamara v. Gen. Motors LLC*, 2:25-cv-02410 (E.D. Pa.), ECF No. 19 (Order Granting Motion to Transfer); *Wrice-Scott v. Gen. Motors, LLC*, 2:25-cv-02623 (E.D. Pa.), ECF No. 8 (Order Granting Motion to Transfer); *Muhammad v. Gen. Motors, LLC*, 2:25-cv-2655 (E.D. Pa.), ECF No. 8 (Order Granting Motion to Transfer); *Ramirez Hernandez v. Gen. Motors LLC*, 2:25-cv-00085 (N.D. Ga.), ECF No. 46 (Order Granting Motion to Transfer); *Rahaman v. Gen. Motors, LLC*, 2:25-cv-03032 (E.D. Pa.), ECF No. 8 (Order Granting Motion to Transfer); *Hecht v. Gen. Motors, LLC*, 1:25-cv-01004 (N.D. Ohio), ECF No. 7 (Order Granting Motion to Transfer).
[5] *McNamara v. Gen. Motors LLC*, 2:25-cv-11811 (E.D. Mich.), ECF No. 6 (Joint Notice of Companion Case and Request for Reassignment); *Hecht v. Gen. Motors, LLC*, 2:25-cv-11793 (E.D. Mich.), ECF No. 6 (Joint Notice of Companion Case and Request for Reassignment).
[6] *Wrice-Scott v. Gen. Motors LLC*, 4:25-cv-11815, ECF No. 4 (Order Reassigning Case); *Muhammad v. Gen. Motors LLC*, 4:25-cv-11816, ECF No. 4 (Order

3

5.      Once the nine similar cases referenced above are transferred to the Eastern District of Michigan and reassigned to this Court, the parties intend to file a joint motion to consolidate those cases with this action pursuant to Fed. R. Civ. P. 42 and Local Rule 42.1.

6.      To conserve the resources of the Court and the parties, avoid unnecessary motions practice that will be mooted upon consolidation, and to enhance efficiency, the parties stipulate and agree that deadlines in this case should be stayed, including but not limited to the June 26, 2025 deadline for GM to respond to Plaintiffs' Amended Complaint, while the parties' motions for transfer, reassignment, and consolidation of these related cases are addressed by the respective courts.

7.      Once the cases referenced above are consolidated with this case, the parties will promptly submit a proposed schedule and seek a scheduling conference for the Court to establish new deadlines, including deadlines for Plaintiffs to file a consolidated complaint and for GM to answer, move to dismiss, or otherwise respond to that consolidated complaint.

The parties agree that neither side is prejudiced by the requested stay.

---

Reassigning Case); *Ramirez Hernandez v. Gen. Motors LLC*, 4:25-cv-11797 (E.D. Mich.), ECF No. 4 (Order Reassigning Case).

**IT IS SO ORDERED**

**Dated this 26th day of June, 2025**

                                      <u>s/Shalina D. Kumar</u>

                                      **THE HONORABLE SHALINA D. KUMAR**

Dated: June 24, 2025

**STIPULATED AND AGREED TO BY:**

<u>/s/ *Mike Arias*</u>
Mike Arias
M. Anthony Jenkins
**ARIAS SANGUINETTI WANG & TEAM, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA
Phone: (310) 844-9696
mike@aswtlawyers.com
anthony@aswtlawyers.com

Nicholas A. Coulson (P78001)
Julia G. Prescott
**COULSON P.C.**
300 River Place Drive, Suite 1700
Detroit, MI 48207
Phone: (313) 645-0045
nick@coulsonpc.com
jprescott@coulsonpc.com

Kevin P. Green
Daniel S. Levy
**GOLDENBERG HELLER & ANTOGNOLI, P.C.**
2227 South State Route 157
Edwardsville, IL 62025
Phone: (618) 656-5150
kevin@ghalaw.com

<u>/s/ *April N. Ross*</u>
April N. Ross (DC500488)
Rachel P. Raphael (DC1022496)
**MORGAN LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 739-3000
april.ross@morganlewis.com
rachel.raphael@morganlewis.com

Krista L. Lenart (P59601)
**DYKEMA GOSSETT PLLC**
2723 South State Street, Ste 400
Ann Arbor, MI 48104
Phone: (734) 214-7676
klenart@dykema.com

*Attorneys for General Motors LLC*

daniel@ghalaw.com

Christopher J. Petri
**BYRON CARLSON PETRI &
KALB, LLC**
411 Saint Louis Street
Edwardsville, IL 62025
Phone: (618) 655-0600
cjp@bcpklaw.com

*Attorneys for Plaintiffs*

6