## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

JAMES S. POWELL, II, et al.,
individually and on behalf of all others
similarly situated,

      Plaintiffs,

      v.

GENERAL MOTORS LLC,

      Defendant.

Case No.: 4:25-cv-10479-SDK-KGA

## STIPULATED ORDER ENLARGING PAGE LIMITS FOR UNDERSIGNED PLAINTIFFS' COUNSEL'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

1.    On August 12, 2025, the Court entered the Stipulated Order Consolidating Cases Pursuant to Fed. R. Civ. P. 42(a) and E.D. Mich. L.R. 42.1 (the "Order," ECF No. 17).

2.    The Order provides that counsel for Plaintiffs in the consolidated cases may move for appointment as interim class counsel by August 26, 2025.

3.    The undersigned Plaintiffs' counsel, who represent Plaintiffs in six of the consolidated cases,[1] plan to file a motion for appointment of interim class counsel.

---

[1] *Ramirez-Hernandez v. General Motors LLC*, No. 2:25-cv-11797; *McNamara v. General Motors LLC*, No. 2:25-cv-11811; *Houchin v. General Motors LLC*, No. 2:25-cv-11462; *Rittereiser v. General Motors LLC*, No. 4:25-cv-11481; *Markus v.*

4.    However, to fully apprise the Court of undersigned counsel's experience and qualifications, as well as to provide the Court with precedent supporting the proposed appointment, the undersigned Plaintiffs' counsel respectfully seek an additional seven pages for the brief in support of their motion.

5.    Undersigned Plaintiffs' counsel and counsel for GM met and conferred on August 26, 2025, and Defendant GM agrees to the requested page enlargement.

NOW, THEREFORE, based upon the stipulation of the Parties:

It is ORDERED that the undersigned Plaintiffs' Counsel may file a brief in support of their motion to appoint interim class counsel that does not exceed thirty-two pages in length.

Dated: August 26, 2025                     s/Shalina D. Kumar
                                           Honorable Shalina D. Kumar
                                           United States District Judge

_____

*General Motors LLC*, No. 4:25-cv-11821; *Sherman v. General Motors LLC*, No. 2:25-cv-12032.

Date: August 26, 2025

**SO STIPULATED:**


/s/ *E. Powell Miller*                                                      /s/ *April N. Ross (w/consent)*

E. Powell Miller (P39487)                    April N. Ross (DC500488)

Dennis A. Lienhardt (P81118)             Rachel P. Raphael (DC1022496)

Dana E. Fraser (P83705)                     **MORGAN LEWIS & BOCKIUS LLP**

**THE MILLER LAW FIRM PC**          1111 Pennsylvania Avenue, N.W.

950 West University Drive, Suite 300     Washington, DC 20004

Rochester, Michigan 48307              Phone: (202) 739-3000

Telephone: 248-841-2200             april.ross@morganlewis.com

epm@millerlawpc.com                   rachel.raphael@morganlewis.com

dal@millerlawpc.com

def@millerlawpc.com                      Krista L. Lenart (P59601)

                                       **DYKEMA GOSSETT PLLC**

Adam J. Levitt                         2723 South State Street, Ste 400

John E. Tangren                      Ann Arbor, MI 48104

Daniel R. Ferri                       Phone: (734) 214-7676

Madeline E. Hills                   klenart@dykema.com

**DICELLO LEVITT LLP**

Ten North Dearborn Street, Sixth Floor   *Counsel for General Motors LLC*

Chicago, Illinois 60602

Telephone: 312-214-7900

alevitt@dicellolevitt.com

jtangren@dicellolevitt.com

dferri@dicellolevitt.com

mhills@dicellolevitt.com


Steve W. Berman

Shelby R. Smith

**HAGENS BERMAN SOBOL**
  **SHAPIRO LLP**

1301 Second Avenue, Suite 2000

Seattle, Washington 98101

Telephone: 206-623-7292

steve@hbsslaw.com

shelbys@hbsslaw.com

Rachel E. Fitzpatrick
**HAGENS BERMAN SOBOL
 SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: 602-840-5900
rachelf@hbsslaw.com

David Stellings
Katherine McBride
Miranda Litwak
**LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: 212-335-9500
dstellings@lchb.com
kmcbride@lchb.com
mlitwak@lchb.com

Kevin Budner
**LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: 415-956-1000
kbudner@lchb.com

*Counsel for Ramirez-Hernandez,
McNamara, Houchin, Rittereiser,
Markus, and Sherman Plaintiffs*