UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JAMES S. POWELL, II, et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant. | Case No.: 4:25-cv-10479-SDK-KGA |

**Plaintiff Markus's Submission in Support of Majority
Plaintiffs' Motion for Appointment of Interim Class Counsel**

Plaintiff Brian Markus ("Markus") files this submission pursuant to the Court's entry of the parties' Stipulated Order Consolidating Cases, ECF 21, in support of the Majority Plaintiffs' Motion for Appointment of Interim Class Counsel's Motion for Appointment of The Miller Law Firm, P.C. ("Miller Law"), Hagens Berman Sobol Shapiro, LLP ("Hagens Berman"), Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), and Dicello Levitt LLP ("Dicello Levitt") as Interim Co-Lead Class Counsel. ECF 26.

First, Markus supports the early appointment of interim co-lead class counsel under Federal Rule of Civil Procedure 23(g)(3) in this case because it is in the best interests of all class members. *See* MANUAL FOR COMPLEX LITIG. (FOURTH) § 22.62 (2005) ("Early organization of the counsel who have filed the various cases

transferred or consolidated for pretrial purposes is a critical case-management task.").

Second, Miller Law, Hagens Berman, Lieff Cabraser, and Dicello Levitt present an excellent slate of attorneys to serve as Interim Co-Lead Class Counsel for this complex class action. When selecting interim lead class counsel, Rule 23(g) instructs courts to consider: (1) the work counsel has done in identifying or investigating potential claims in the action; (2) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (3) counsel's knowledge of the applicable law; and (4) the resources counsel will commit to representing the class. Fed. R. Civ. P. 23(g)(1)(A). Considering each of these factors, Markus believes that Miller Law, Hagens Berman, Lieff Cabraser, and Dicello Levitt are the best suited for appointment of Interim Co-Lead Class Counsel.

The first factor is neutral as each plaintiff in this action filed their cases after the National Highway Traffic Safety Administration's Office of Defects Investigation announced that it had opened an investigation into reports of engine failure in vehicles manufactured by General Motors equipped with the L87 V8 engine. *See* NHTSA Action Number: PE25001.

The second and third factors also support the appointment of Miller Law, Hagens Berman, Lieff Cabraser, and Dicello Levitt as Interim Co-Lead Class Counsel, who are highly qualified to serve in this role. Markus's undersigned

attorneys, Fegan Scott LLC ("Fegan Scott"), have worked on similar automotive defect and complex class actions with each of these firms, and can attest to their professionalism, dedication to their clients and classes, and the vigor with which they dutifully litigate their cases. Moreover, based on Fegan Scott's prior experience working with each of these firms, Markus believes that Miller Law, Hagens Berman, Lieff Cabraser, and Dicello Levitt have the experience necessary to ensure that this complex case is litigated in a highly efficient manner.

Finally, with respect to the fourth factor, each of the proposed Interim Co-Lead Class Counsel has a lengthy track record demonstrating an ability and willingness to devote all resources necessary to protect the best interests of the class.

Accordingly, Markus supports the Majority Plaintiffs' Motion for Appointment of Interim Class Counsel.

Dated:  August 26, 2025               */s/ Jonathan D. Lindenfeld*
                                                      **FEGAN SCOTT LLC**
Jonathan D. Lindenfeld
305 Broadway, 7th Floor
New York, NY 10007
Phone: 332.216.2101
Fax: 312.264.0100
jonathan@feganscott.com

Elizabeth A. Fegan
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com
*Counsel for Markus Plaintiffs*

3

## CERTIFICATE OF SERVICE

On August 26, 2025, the undersigned filed the foregoing Submission in Support of Majority Plaintiffs' Motion for Appointment of Interim Class Counsel through the Court's CM/ECF system, which will provide service to all counsel of record.

*/s/ Jonathan D. Lindenfeld*
Jonathan D. Lindenfeld
