**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| James S. Powell, II, *et al*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>    Defendant. | Case No.: 4:25-cv-10479-SDK-KGA |

**PLAINTIFFS BETTY SHERMAN'S AND ANTHONY LOFTON'S SUBMISSION IN SUPPORT OF THE APPOINTMENT OF THE MAJORITY PLAINTIFFS GROUP'S MOTION FOR APPOINTMENT AS INTERIM CO-LEAD COUNSEL**

Plaintiffs Betty Sherman ("Sherman") and Anthony Lofton ("Lofton"), via their undersigned counsel, Barrack, Rodos & Bacine ("BRB") and pursuant to the Court's order Consolidating Cases (ECF 21), submit this statement in support of the appointment of The Miller Law Firm, P.C. ("Miller Law"); Hagens Berman; Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"); and DiCello Levitt. (collectively, the "Majority Plaintiffs Group") as interim co-lead counsel to serve the best interests of all class members in the prosecution of this auto defect class action against Defendant General Motors LLC.

BRB has been specializing in class action litigation since 1976. Its

undersigned partner, Stephen R. Basser, has been practicing law as a litigation specialist since 1976, in various roles, including as a lead counsel and supporting positions in class action litigation on behalf of a variety of nationwide and state classes.

On July 7, 2025, Plaintiffs Sherman and Lofton, via Miller Law and BRB, filed a Class Action Complaint, *Sherman et al v. General Motors, LLC*, Case No. 4:25-cv-12032-SDK-KGA, which is related to the above-captioned matter. On August 26, 2025, the Majority Plaintiffs Group filed their motion for appointment as interim Co-lead Counsel. ECF No. 26. The attorneys at BRB, including the undersigned, have a deep understanding of the nature and quality of the work of proposed Interim Co-Lead Counsel and their service to the respective classes they have represented, including with regard to auto defect consumer class actions.

The law firms comprising the Majority Plaintiffs Group – both individually and collectively – easily satisfy the requirements of Rule 23(g) of the Federal Rules of Civil Procedure, which requires courts to consider: (1) the work counsel has done in identifying or investigating potential claims in the action; (2) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (3) counsel's knowledge of the applicable law; and (4) the resources counsel will commit to representing the class. Fed. R. Civ. P. 23(g)(1)(A).

As for factor number 1, all of the plaintiff law firms competing to be appointed interim lead counsel in this action filed their case(s) after the National Highway Traffic Safety Administration's Office of Defects Investigation opened an investigation into reports of engine failure in vehicles manufactured by General Motors equipped with the L87 V8 engine. *See* NHTSA Action Number: PE25001.

Beyond this, the Majority Plaintiffs Group of movants clearly satisfy the remaining second, third, and fourth factors required by Rule 23(g) of the Federal Rules of Civil Procedure. Said firms are highly qualified to serve as Interim Co-Lead Counsel. Their submission clearly reflects their individual and collective professionalism, skill, competence, and experience – especially in auto defect consumer class actions.

As some examples, among many others, the Majority Plaintiffs Group of law firms have demonstrated a high degree of competence, experience, and knowledge of the law and litigation expertise in several significant auto defect class actions, and have demonstrated excellence and/or achieved excellent results in cases in which BRB has appeared or served under their leadership, including: *In re Chrysler Pacifica Spontaneous Fire Lit.*, 2:22cv3040 (EDMI); (Miller Law and Hagens Berman serving as Co-Lead Counsel); *In re Toyota Motor Corp. Unintended Acceleration Marketing Sales Practices and Products Liability Litigation*, 8:10ml02151 JVS (FMOx) (CDCA) (Lief Cabraser and Hagens Berman, serving

roles as Lead Counsel); and *In re Volkswagen "Clear Diesel" Marketing, Sales Practices and Products Liability Litigation* MDL No. 2672 CRB (JSC) (NDCA) (Lieff Cabraser, serving as Chair of Plaintiffs Steering Committee ("PSC") with Adam Levitt as a PSC member). Indeed, the Majority Plaintiffs Group forms a veritable "All-Star" team of sophisticated class action law firms highly experienced in auto defect consumer class action litigation.

With respect to the fourth factor of Rule 23(g), each of the law firms in the Majority Plaintiffs Group have consistently demonstrated an ability and willingness to devote whatever resources are necessary to advance and protect the class members. Based on BRB's own litigation experience with each of these firms, we believe that they shall collectively and efficiently advance the prosecution of this litigation toward a just, fair and excellent result, and that they shall zealously serve the best interests of all class members.

///

///

///

///

///

///

In conclusion, Plaintiffs Sherman and Lofton support the appointment of the Majority Plaintiffs Group of law firms as interim Co-Lead Counsel in this important class action

Respectfully submitted,

Dated: August 27, 2025

**BARRACK RODOS & BACINE**

*/s/ Stephen R. Basser*
Stephen R. Basser (SBN 121590)
Samuel M. Ward (SBN 216562)
**BARRACK, RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
(619) 230-0800
sbasser@barrack.com
sward@barrack.com

*Attorneys for Plaintiffs Betty Sherman and Anthony Lofton*

## **CERTIFICATE OF SERVICE**

On August 27, 2025, the undersigned filed the foregoing Submission in Support of the appointment of the Majority Plaintiffs Group's Motion for Appointment of Interim Co-Lead Counsel through the Court's CM/ECF system, which will provide service to all counsel of record.

*/s/ Stephen R. Basser*
Stephen R. Basser
