## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

JAMES S. POWELL, II, et al.,
individually and on behalf of all others
similarly situated,

     Plaintiffs,

     v.

GENERAL MOTORS LLC,

     Defendant.

Hon. Shalina D. Kumar

Case No.: 4:25-cv-10479-SDK-KGA

## STIPULATED ORDER EXTENDING DEADLINES FOR PLAINTIFFS' CONSOLIDATED COMPLAINT AND THE PARTIES' <u>BRIEFING ON DEFENDANTS' RULE 12(B) MOTION</u>

1.    On August 12, 2025, the Court entered the Stipulated Order Consolidating Cases Pursuant to Fed. R. Civ. P. 42(a) and E.D. Mich. L.R. 42.1. ECF No. 21.

2.    On November 13, 2025, the Court entered its Order Granting Majority Plaintiffs' Motion for Appointment of Interim Class Counsel and Denying Competing Motion to Appoint Interim Lead Counsel. ECF No. 35.

3.    On November 21, 2025, the Court entered the Parties' Stipulation setting deadlines for the filing of the consolidated complaint and subsequent Rule 12(b) filings. ECF No. 36. The consolidated complaint is due January 27, 2026.

4.    Interim Co-Lead Counsel have been diligently preparing the

consolidated complaint, incorporating allegations from the twelve underlying complaints and collecting information from current and prospective plaintiffs.

5.     However, given the number of potential plaintiffs and claims that will be included, Plaintiffs seek, and GM has agreed, to a thirty-day extension of the consolidated complaint filing deadline. Small alterations to the subsequent briefing schedule have also been proposed to accommodate for counsel's existing commitments in other cases.

6.     Specifically, the Parties propose the following deadlines:

7.     Plaintiffs shall file their consolidated complaint by **February 26, 2026**.

8.     GM shall file its answer or any Rule 12(b) motions directed at the consolidated complaint by **May 12, 2026**.

9.     If GM files any Rule 12(b) motions directed at the consolidated complaint, Plaintiffs shall have until **July 13, 2026** to file responses to those motions.

10.     GM shall have until **August 12, 2026** to file replies to those motions.

NOW, THEREFORE, based upon the stipulation of the Parties:

It is ORDERED that Plaintiffs shall file their consolidated complaint by February 26, 2026. The deadlines for any resulting motions, responses, and replies are set forth in Paragraphs 8-10 herein.


Dated: January 22, 2026                    s/Shalina D. Kumar
                                           Honorable Shalina D. Kumar
                                           United States District Judge

Date: January 16, 2026

**SO STIPULATED:**

/s/ *Dennis A. Lienhardt*
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P83705)
**THE MILLER LAW FIRM PC**
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone: 248-841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

Adam J. Levitt
John E. Tangren
Daniel R. Ferri
Madeline E. Hills
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com
mhills@dicellolevitt.com

**HAGENS BERMAN SOBOL**
  **SHAPIRO LLP**
Steve W. Berman
Shelby R. Smith
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: 206-623-7292
steve@hbsslaw.com
shelbys@hbsslaw.com

/s/ *April N. Ross (w/consent)*
April N. Ross (DC500488)
Rachel P. Raphael (DC1022496)
**MORGAN LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 739-3000
april.ross@morganlewis.com
rachel.raphael@morganlewis.com

Krista L. Lenart (P59601)
**DYKEMA GOSSETT PLLC**
2723 South State Street, Ste 400
Ann Arbor, MI 48104
Phone: (734) 214-7676
klenart@dykema.com

*Counsel for General Motors LLC*

Rachel E. Fitzpatrick
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: 602-840-5900
rachelf@hbsslaw.com

**LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP**
David Stellings
Katherine McBride
Miranda Litwak
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: 212-335-9500
dstellings@lchb.com
kmcbride@lchb.com
mlitwak@lchb.com

Kevin Budner
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: 415-956-1000
kbudner@lchb.com

*Interim Co-Lead Counsel for Plaintiffs
and the Putative Class*