## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| TIMOTHY AND LEATRECIA WHITAKER LEE, *et al.*,<br><br>individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>     v.<br><br>GENERAL MOTORS LLC,<br><br>                  Defendant. | **4:25-cv-10479-SDK-KGA**<br><br>Judge Shalina D. Kumar<br>Magistrate Judge Kimberly G. Altman |

## STIPULATED ORDER EXTENDING PAGE LIMITS

Plaintiffs and General Motors LLC ("GM") (the "Parties"), through their undersigned counsel, have met, conferred, and hereby agree to stipulate to the following:

1.    On February 26, 2026, plaintiffs filed their consolidated class action complaint ("Complaint"), which seeks damages and injunctive relief, individually and on behalf of a nationwide class of purchasers of certain 2021-2024 Cadillac Escalade, 2021-2024 Cadillac Escalade ESV, 2019-2024 Chevrolet Silverado 1500, 2021-2024 Chevrolet Tahoe, 2021-2024 Chevrolet Suburban, 2019-2024 GMC Sierra 1500, 2021-2024 GMC Yukon, and 2021-2024 GMC Yukon XL vehicles with 6.2 Liter V8 EcoTec3 L87 engines, and twenty-six (26) classes of consumers

in twenty-six (26) states. In their 386-page Complaint, plaintiffs allege eighty-two (82) causes of action under the laws of twenty-six (26) states, as well as nationwide claims for fraudulent omission, unjust enrichment, and violation of the Magnuson-Moss Warranty Act.

2.     GM's deadline to answer, move or otherwise respond to the Complaint is May 12, 2026. *See* ECF No. 37.

3.     Local Rule 7.1(d)(3)(A) limits the text of briefs supporting a motion or response, including footnotes and signatures, to twenty-five (25) pages. *See* L.R. 7.1(d)(3)(A).

4.     In its anticipated motion, GM will strive to succinctly address plaintiffs' allegations.  But given the length of the Complaint and the numerous facts and issues involved, GM expects it will need more than twenty-five (25) pages for this filing.

5.     The just, speedy, and inexpensive determination of this complex action reasonably requires an extension of the page limit for GM's anticipated motion to fifty (50) pages.

6.     On May 7, 2026, GM's counsel reached out to plaintiffs' counsel via e-mail regarding the need for page-limit extension for GM's anticipated motion.

7.     The Parties agree that if GM files a motion in lieu of an answer, GM shall have fifty (50) pages for its brief in support of that motion.

8.      The Parties further agree that Plaintiffs shall have fifty (50) pages for their response to any such motion.

9.      The Parties will meet and confer after Plaintiffs file their response to address a page limit for GM's reply, and will submit a proposed stipulation at that time.

WHEREFORE, the Parties jointly stipulate to the entry of an order extending the page limits as stated above.

**IT IS SO ORDERED.**

s/Shalina D. Kumar
Honorable Shalina D. Kumar
Date: May 13, 2026                    United States District Judge

3

Dated: May 8, 2026

**SO STIPULATED:**

/s/ *Dennis A. Lienhardt*
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM PC**
950 W. University Drive, Suite 300
Rochester, MI 48307
Phone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

Adam J. Levitt
John E. Tangren
Daniel R. Ferri
Madeline E. Hill
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Phone: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com
mhill@dicellolevitt.com

Steve W. Berman
Shelby R. Smith
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Phone: (206) 623-7292
steve@hbsslaw.com
shelbys@hbsslaw.com

/s/ *April N. Ross*
April N. Ross (DC500488)
Rachel P. Raphael (DC1022496)
**MORGAN LEWIS & BOCKIUS L**
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 739-3000
april.ross@morganlewis.com
rachel.raphael@morganlewis.com

Krista L. Lenart (P59601)
**DYKEMA GOSSETT PLLC**
2723 South State Street, Ste 400
Ann Arbor, MI 48104
Phone: (734) 214-7676
klenart@dykema.com

*Counsel for General Motors LLC*

4

Rachel E. Fitzpatrick
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Phone: (602) 840-5900
rachelf@hbsslaw.com

Kevin Budner
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
kbudner@lchb.com

David Stellings
Katherine McBride
Miranda Litwak
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355.9500
dstellings@lchb.com
kmcbride@lchb.com
mlitwak@lchb.com

*Interim Co-Lead Counsel for Plaintiffs
and the Proposed Classes*