## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

TIMOTHY AND LEATRECIA
WHITAKER LEE, *et al.*,

individually and on behalf of all others
similarly situated,

                        Plaintiffs,

        v.

GENERAL MOTORS LLC,

                        Defendant.

**4:25-cv-10479-SDK-KGA**

Judge Shalina D. Kumar
Magistrate Judge Kimberly G. Altman

## STIPULATED ORDER EXTENDING PAGE LIMITS

Plaintiffs and General Motors LLC ("GM") (the "Parties"), through their undersigned counsel, have met, conferred, and hereby agree to stipulate to the following:

1.      On February 26, 2026, plaintiffs filed their consolidated class action complaint ("Complaint"), which seeks damages and injunctive relief, individually and on behalf of a nationwide class of purchasers of certain 2021-2024 Cadillac Escalade, 2021-2024 Cadillac Escalade ESV, 2019-2024 Chevrolet Silverado 1500, 2021-2024 Chevrolet Tahoe, 2021-2024 Chevrolet Suburban, 2019-2024 GMC Sierra 1500, 2021-2024 GMC Yukon, and 2021-2024 GMC Yukon XL vehicles with 6.2 Liter V8 EcoTec3 L87 engines, and twenty-six (26) classes of consumers

in twenty-six (26) states. In their 386-page Complaint, plaintiffs allege eighty-two (82) causes of action under the laws of twenty-six (26) states, as well as nationwide claims for fraudulent omission, unjust enrichment, and violation of the Magnuson-Moss Warranty Act.

2.     On May 8, 2026, the Parties submitted a joint stipulation extending the page limits for GM's Motion to Dismiss (the "Motion"), and the plaintiffs' Response in Opposition to GM's Motion (the "Opposition") to fifty (50) pages each.

3.     In that Stipulation, the Parties also agreed to meet and confer after the plaintiffs filed their Opposition to discuss page limits for GM's Reply in Support of its Motion to Dismiss (the "Reply").

4.     The Court granted and entered the Stipulated Order on May 13, 2026. Dkt. No. 43.

5.     GM's deadline to file its Reply is August 12, 2026. *See* Dkt No. 37.

6.     Local Rule 7.1(d)(3)(B) limits the text of reply briefs supporting a motion or response, including footnotes and signatures, to seven (7) pages. *See* L.R. 7.1(d)(3)(B).

7.     GM's Motion and Plaintiffs' Opposition are each fifty (50) pages in length and address complex legal issues involving numerous state law and nationwide claims.

8.     Given the length of these pleadings and the complexity of this matter,

2

GM expects it will need more than seven (7) pages for its Reply.

9.　　On July 21, 2026, GM's counsel conferred with plaintiffs' counsel via e-mail regarding the need for a page-limit extension for GM's reply brief.

10.　　The Parties agree that GM shall have twenty-five (25) pages for its Reply.

WHEREFORE, the Parties jointly stipulate to the entry of an order extending the page limits of GM's forthcoming Reply as stated above.

**IT IS SO ORDERED.**

**s/Shalina D. Kumar**
Honorable Shalina D. Kumar
United States District Judge

Date: July 27, 2026

3

Dated: July 23, 2026

**SO STIPULATED:**

/s/ *Dennis A. Lienhardt*
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM PC**
950 W. University Drive, Suite 300
Rochester, MI 48307
Phone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

Adam J. Levitt
John E. Tangren
Daniel R. Ferri
Madeline E. Hill
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Phone: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com
mhill@dicellolevitt.com

Steve W. Berman
Shelby R. Smith
**HAGENS BERMAN SOBOL
SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Phone: (206) 623-7292
steve@hbsslaw.com
shelbys@hbsslaw.com

/s/ *April N. Ross*
April N. Ross (DC500488)
Rachel P. Raphael (DC1022496)
**MORGAN LEWIS & BOCKIUS L**
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 739-3000
april.ross@morganlewis.com
rachel.raphael@morganlewis.com

Krista L. Lenart (P59601)
**DYKEMA GOSSETT PLLC**
2723 South State Street, Ste 400
Ann Arbor, MI 48104
Phone: (734) 214-7676
klenart@dykema.com

*Counsel for General Motors LLC*

4

Rachel E. Fitzpatrick
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Phone: (602) 840-5900
rachelf@hbsslaw.com

Kevin Budner
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
kbudner@lchb.com

David Stellings
Katherine McBride
Miranda Litwak
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355.9500
dstellings@lchb.com
kmcbride@lchb.com
mlitwak@lchb.com

*Interim Co-Lead Counsel for Plaintiffs
and the Proposed Classes*